1  DAVID K. WILLINGHAM (SBN 198874)
     dwillingham@kslaw.com
2  SAMUEL C. CORTINA (SBN 310778)
     scortina@kslaw.com
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:  (213) 443-4355
5  Facsimile:   (213) 443-4310

6  RANDY MASTRO (*pro hac vice application forthcoming*)
     rmastro@kslaw.com
7  JESSICA BENVENISTY (*pro hac vice application forthcoming*)
     jbenvenisty@kslaw.com
8  KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
9  New York, NY, 10036
   Telephone:  (212) 556-2100
10 Facsimile:   (212) 556-2222

11 Attorneys for Defendants
   F45 TRAINING HOLDINGS INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DB VENTURES LIMITED,<br><br>                    Plaintiff,<br><br>      v.<br><br>F45 TRAINING HOLDINGS INC.,<br><br>                    Defendant. | Case No.<br><br>**DECLARATION OF SAMUEL C. CORTINA IN SUPPORT OF DEFENDANT F45 TRAINING HOLDINGS INC.'S NOTICE OF REMOVAL**<br><br>[Removal from Superior Court of the State of Los Angeles County Superior Court Case No. 22STCV33846] |
|---|---|

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

I, Samuel C. Cortina, hereby declare and state:

1. I am a senior associate with the law firm of King & Spalding LLP. I am counsel for Defendant F45 Training Holdings Inc. and am licensed to practice law in California. This declaration is based upon my review of documents and my personal knowledge. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently about them.

2. Attached hereto as **Exhibit A** is a true and correct of the Complaint in *DB Ventures Limited and ABG-Shark, LLC, v. F45 Training Holdings Inc.,* Los Angeles Superior Court, Case No. 22STCV33846 ("State Court Case"), filed on October 19, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of Summons on Complaint filed on the State Court Action docket on October 19, 2022.

4. Attached hereto as **Exhibit C** is a true and correct copy of Civil Case Cover Sheet filed on the State Court Action docket on October 19, 2022.

5. Attached hereto as **Exhibit D** is a true and correct copy of Alternative Dispute Resolution Packet filed on the State Court Action docket on October 19, 2022.

6. Attached hereto as **Exhibit E** is a true and correct copy of First Amended General Order re Mandatory Electronic Filing filed on the State Court Action docket on October 19, 2022.

7. Attached hereto as **Exhibit F** is a true and correct copy of Voluntary Efficient Litigation Stipulation Packet filed on the State Court Action docket on October 19, 2022.

8. Attached hereto as **Exhibit G** is a true and correct copy of Notice of Case Assignment-Unlimited Civil Case filed on the State Court Action docket on October 19, 2022.

9. Attached hereto as **Exhibit H** is a true and correct copy of Notice of Case Management Conference filed on the State Court Action docket on October 20,

2022.

10. Attached hereto as **Exhibit I** is a true and correct copy of Application to be Admitted Pro Hac Vice of Frank D'Angelo filed on the State Court Action docket on November 2, 2022.

11. Attached hereto as **Exhibit J** is a true and correct copy of Application to be Admitted Pro Hac Vice of Wook Hwang filed on the State Court Action docket on November 2, 2022.

12. Attached hereto as **Exhibit K** is a true and correct copy of Plaintiffs' Notice of Case Management Conference filed on the State Court Action docket on November 3, 2022.

13. Attached hereto as **Exhibit L** is a true and correct copy of Defendant's Civil Case Cover Sheet filed on the State Court Action docket on November 22, 2022.

14. Attached hereto as **Exhibit M** is a true and correct copy of Defendant's Complex Civil Case Questionnaire filed on the State Court Action docket on November 22, 2022.

15. Attached hereto as **Exhibit N** is a true and correct copy of Stipulation Pursuant to California Rule of Court 3.110(D) to Extend Defendant's Time to Respond to the Complaint filed on the State Court Action docket on November 22, 2022.

16. Attached hereto as **Exhibit O** is a true and correct copy of Order Granting Application of Frank D'Angelo for Admission Pro Hac Vice filed on the State Court Action docket on December 5, 2022.

17. Attached hereto as **Exhibit P** is a true and correct copy of Order Granting Application of Wook Hwang for Admission Pro Hac Vice filed on the State Court Action docket on December 5, 2022.

18. Attached hereto as **Exhibit Q** is a true and correct copy of Minute Order re Hearing on Motion to be Admitted Pro Hac Vice filed on the State Court

Action docket on December 5, 2022.

19. Attached hereto as **Exhibit R** is a true and correct copy of Minute Order re Complex Civil Case Questionnaire and Counter Civil Case Cover Sheet filed on the State Court Action docket on December 6, 2022

20. Attached hereto as **Exhibit S** is a true and correct copy of Plaintiffs' Notice of Entry of Orders filed on the State Court Action docket on December 8, 2022.

21. Attached hereto as **Exhibit T** is a true and correct copy of Defendant's Demurrer filed on the State Court Action docket on December 8, 2022.

22. Attached hereto as **Exhibit U** is a true and correct copy of Declaration of Samuel Cortina in Support of Demurrer filed on the State Court Action docket on December 8, 2022.

23. Attached hereto as **Exhibit V** is a true and correct copy of Defendant's Request for Judicial Notice in Support of Demurrer filed on the State Court Action docket on December 8, 2022.

24. Attached hereto as **Exhibit W** is a true and correct copy of Defendant's Motion to Admit Jessica Benvenisty Pro Hac Vice filed on the State Court Action docket on December 12, 2022.

25. Attached hereto as **Exhibit X** is a true and correct copy of Defendant's Motion to Admit Randy Mastro Pro Hac Vice filed on the State Court Action docket on December 12, 2022.

26. Attached hereto as **Exhibit Y** is a true and correct copy of Defendant's Notice of Entry of Order filed on the State Court Action docket on January 4, 2023.

27. Attached hereto as **Exhibit Z** is a true and correct copy of Order Granting the Application to Admit Randy Mastro Pro Hac Vice filed on the State Court Action docket on January 5, 2023.

28. Attached hereto as **Exhibit AA** is a true and correct copy of Order Granting the Application to Admit Jessica Benvenisty Pro Hac Vice filed on the

State Court Action docket on January 5, 2023.

29. Attached hereto as **Exhibit BB** is a true and correct copy of Minute Order re Hearing on Motion to be Admitted Pro Hac Vice filed on the State Court Action docket on January 17, 2023.

30. Attached hereto as **Exhibit CC** is a true and correct copy of Defendant's Notice of Entry of Order filed on the State Court Action docket on January 5, 2023.

31. Attached hereto as **Exhibit DD** is a true and correct copy of Minute Order re Status Conference filed on the State Court Action docket on January 20, 2023.

32. Attached hereto as **Exhibit EE** is a true and correct copy of Plaintiffs' Opposition to Defendant's Demurrer filed on the State Court Action docket on February 9, 2023.

33. Attached hereto as **Exhibit FF** is a true and correct copy of Plaintiffs' Opposition to Defendant's Request for Judicial Notice filed on the State Court Action docket on February 9, 2023.

34. Attached hereto as **Exhibit GG** is a true and correct copy of Defendant's Case Management Statement filed on the State Court Action docket on February 16, 2023.

35. Attached hereto as **Exhibit HH** is a true and correct copy of Defendant's Reply in Support of Demurrer filed on the State Court Action docket on February 16, 2023.

36. Attached hereto as **Exhibit II** is a true and correct copy of Defendant's Reply in Support of Request for Judicial Notice in Support of Demurrer filed on the State Court Action docket on February 16, 2023.

37. Attached hereto as **Exhibit JJ** is a true and correct copy of Plaintiffs' Case Management Statement filed on the State Court Action docket on February 17, 2023.

38. Attached hereto as **Exhibit KK** is a true and correct copy of Order Appointing Court Approved Reporter as Official Reporter Pro Tempore filed on the State Court Action docket on February 24, 2023.

39. Attached hereto as **Exhibit LL** is a true and correct copy of Minute Order re Hearing on Demurrer filed on the State Court Action docket on February 24, 2023.

40. Attached hereto as **Exhibit MM** is a true and correct copy of Minute Order re Ruling on Submitted Matter filed on the State Court Action docket on March 17, 2023.

41. Attached hereto as **Exhibit NN** is a true and correct copy of Plaintiffs' Request for Dismissal as to the Fourth Cause of Action filed on the State Court Action docket on April 5, 2023.

42. Attached hereto as **Exhibit OO** is a true and correct copy of Amended Complaint filed on the State Court Action docket on April 5, 2023.

43. Attached hereto as **Exhibit PP** is a true and correct copy of Plaintiffs' Notice of Entry of Dismissal of Fourth Cause of Action filed on the State Court Action docket on April 12, 2023.

44. Attached hereto as **Exhibit QQ** is a true and correct copy of Minute Order re Case Management Conference filed on the State Court Action docket on April 13, 2023.

45. Attached hereto as **Exhibit RR** is a true and correct copy of Plaintiffs' Notice of Continued Case Management Conference filed on the State Court Action docket on April 14, 2023.

46. Attached hereto as **Exhibit SS** is a true and correct copy of a printout of Plaintiff ABG's website from May 4, 2023, at https://authentic.com/leadership; a printout of the Delaware Secretary of State website page for Blackrock Capital Investment Corporation from May 4, 2023; and a printout from the Delaware Secretary of State website page for Brookfield US Corporation from May 4, 2023.

47. Defendant F45 is a Delaware corporation with its principal place of business in Austin, Texas.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 5th of May, 2023 in Los Angeles, California.

_____
SAMUEL C. CORTINA