**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DB VENTURES LIMITED,<br><br>                     Plaintiff,<br><br>     v.<br><br>F45 TRAINING HOLDINGS INC.,<br><br>                     Defendant. | Case No. 2:23-cv-03460-MEMF (RAOx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S (1) MOTION TO DISMISS AND (2) REQUEST FOR JUDICIAL NOTICE**<br><br>Date: Thursday, August 10, 2023<br>Time: 10:00am<br>Judge: Honorable Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B |

**[PROPOSED] ORDER**

Pending before the Court is Defendant F45 Training Holdings Inc.'s Motion to Dismiss Plaintiff DB Venture Limited's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Request for Judicial Notice.

The Court, having considered the submissions in support of and in opposition to Defendant's Motion to Dismiss and Request for Judicial Notice, the pleadings, and all arguments presented by counsel, hereby **ORDERS** that Defendant's Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED**. The Court further **ORDERS** that Defendants' Request for Judicial Notice is **GRANTED**. Plaintiff DB Venture Limited's Amended Complaint, and each claim therein, is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: _____  _____
THE HONORABLE MAAME EWUSI-MENSAH FIMPONG, UNITED STATES DISTRICT JUDGE