DAVID K. WILLINGHAM (SBN 198874)
  dwillingham@kslaw.com
SAMUEL C. CORTINA (SBN 310778)
  scortina@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

RANDY MASTRO (*pro hac vice application forthcoming*)
  rmastro@kslaw.com
JESSICA BENVENISTY (*pro hac vice application forthcoming*)
  jbenvenisty@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY, 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
F45 TRAINING HOLDINGS INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DB VENTURES LIMITED,<br><br>                Plaintiff,<br><br>  v.<br><br>F45 TRAINING HOLDINGS INC.,<br><br>                Defendant. | Case No. 2:23-cv-03460-MEMF (RAOx)<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: Thursday, August 10, 2023<br>Time: 10:00am<br>Judge: Honorable Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B<br><br>[*Filed concurrently with Motion to Dismiss, Memorandum of Points and Authorities in Support of Motion to Dismiss, and Declaration of Samuel C. Cortina*] |

DEFENDANT F45'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201(b)(2), Defendant F45 Training Holdings Inc. ("F45") hereby requests the Court to take judicial notice of Exhibits 1–5 to the Declaration of Samuel C. Cortina ("Cortina Decl.") attached hereto in support of its Motion to Dismiss:

1. Exhibit 1 to the Declaration of Samuel C. Cortina ("Cortina Decl.") is a true and correct copy of a May 23, 2022 letter sent by F45 to DB Ventures Limited ("DBVL"). This correspondence is referenced and incorporated into the Amended Complaint at paragraphs 32–34 and Exhibits B & C to the Amended Complaint.

2. Exhibit 2 to the Cortina Decl. is a true and correct copy of a June 17, 2022 letter sent by DBVL to F45. This correspondence is referenced and incorporated into the Amended Complaint at paragraphs 32–34 and Exhibits B & C to the Amended Complaint.

3. Exhibit 3 to the Cortina Decl. is a true and correct copy of a June 19, 2022 letter sent by F45 to DBVL. This correspondence is referenced and incorporated into the Amended Complaint at paragraphs 32–34 and Exhibits B & C to the Amended Complaint.

4. Exhibit 4 to the Cortina Decl. is a true and correct copy of a website printout from the Securities and Exchange Commission ("SEC") taken on December 8, 2022, from https://www.sec.gov/divisions/corpfin/cffilingreview. As set forth in this printout, the SEC may—and oftentimes does—comment on the registration of securities and thereby delay the registration's effectiveness.

5. Exhibit 5 to the Cortina Decl. is a true and correct copy of the certified transcript from the February 24, 2023 hearing on F45's demurrer in the Los Angeles Superior Court proceeding ("State Court Action").

Each of these documents is subject to judicial notice under Fed. R. Evid. 201(b)(2), permitting judicial notice of facts that are "not subject to reasonable dispute" in that they "can be accurately and readily determined from sources whose

accuracy cannot reasonably be questioned."

The Court may specifically take judicial notice of Exhibits 1, 2, and 3, because DBVL has referenced this correspondence implicitly in its Amended Complaint at paragraphs 32–34 and in Exhibits B & C to the Amended Complaint. The Court may "take into account documents whose contents are alleged in a complaint and whose authenticity no parties question, but which are not physically attached to the [plaintiff's] pleading." *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (internal citations and quotations omitted). This is true "even though the plaintiff does not explicitly allege the contents of that document in the complaint." *Id.*; *see also United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) (documents "may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claims."). A court "may treat such a document as part of the complaint, and thus may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6)." *Id.*

The Court may also take judicial notice of the contents of Exhibit 4, the SEC website printout, because it contains "matters of public record" not generally subject to reasonable dispute. *See Intri–Plex Techs., Inc. v. Crest Grp., Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007). Courts frequently take judicial notice of facts contained in public records, including records "made publicly available by government entities," *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010), and "the contents of official records and reports from government agencies." *Rabkin v. Dean*, 856 F. Supp. 543, 546 (N.D. Cal. 1994); *MGIC Indemnity Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). This includes information "displayed publicly" on government websites. *Daniels-Hall*, 629 F.3d at 998; *Molina v. Washington Mut. Bank*, No. 09-CV-00894-IEG (AJB), 2010 WL 431439, at *3 (S.D. Cal. Jan. 29, 2010) ("Information on government agency websites has often been treated as properly subject to judicial notice.").

Finally, the Court may take judicial notice of the contents of Exhibit 5, the

transcript from the demurrer hearing in the State Court Action, because Courts "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007); *Wilkins v. VanDiver*, 2022 WL 18229997, at *7 (C.D. Cal. Oct. 25, 2022) (taking judicial notice of transcripts from related litigation).

For the aforementioned reasons, F45 respectfully requests the Court take judicial notice of the contents of Exhibits 1–5 attached to the Cortina Decl.

DATED: May 12, 2023

Respectfully submitted,

KING & SPALDING LLP

By: */s/ Samuel C. Cortina*
DAVID K. WILLINGHAM
SAMUEL C. CORTINA
RANDY MASTRO (*pro hac forthcoming*)
JESSICA BENVENISTY
(*pro hac forthcoming*)

Attorneys for F45 TRAINING HOLDINGS INC.