UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DB VENTURES LIMITED,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>F45 TRAINING HOLDINGS INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:23-cv-03460-MEMF (RAOx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Case No. 2:23-cv-03460-MEMF (RAOx)

# [PROPOSED] ORDER

On May 18, 2023, the parties filed the Stipulation Regarding Briefing Schedule for Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff shall file its opposition to Defendant's motion to dismiss on or before June 9, 2023; and

2. Defendant shall file its reply to the opposition no later than June 30, 2023.

IT IS SO ORDERED.

Dated: May __, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

24087684