UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 23-03460-MEMF-(RAOx) | Date | September 7, 2023 |
| Title | DB Ventures Limited v. F45 Training Holdings, Inc. | | |

**PRESENT:** Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

| | |
|---|---|
| Kelly Davis/Charles Rojas | Wil Wilcox |
| Courtroom Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Frank D'Angelo (Via Zoom) | Samuel Cortina |
| Robert Catalano (Via Zoom) | Randy Mastro (Via Zoom) |

**PROCEEDINGS:** MOTION HEARING (Held and Completed)

Case called. Court and counsel confer re: the Motion to Dismiss Plaintiff's First Amended Complaint filed by Defendant F45 Training Holdings Inc. [16] and Request for Judicial Notice re MTD Plaintiffs' FAC filed by Defendant F45 Training Holdings, Inc. [17] The Court takes the matter under submission. A separate Court order shall issue.

: 43

Initials of Deputy Clerk     KD/CR