WOOK HWANG (admitted *pro hac vice*)
whwang@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone:  212.653.8700
Facsimile:   212.653.8701

*Attorneys for Plaintiff*
DB VENTURES LIMITED

RANDY MASTRO (admitted *pro hac vice*)
rmastro@kslaw.com
DAVID K. WILLINGHAM (SBN 198874)
dwillingham@kslaw.com
SAMUEL C. CORTINA (SBN 310778)
scortina@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant*
F45 TRAINING HOLDINGS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DB VENTURES LIMITED,<br><br>            Plaintiff,<br><br>      v.<br><br>F45 TRAINING HOLDINGS INC.,<br><br>            Defendant. | Case No. 2:23-cv-03460-MEMF (RAOx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), DB Ventures Limited ("DBVL") and F45 Training Holdings, Inc. ("F45"), by and through their counsel, stipulate to dismissal of this action with prejudice, with each party to bear its own costs and fees.

Dated: June 21, 2024         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Wook Hwang
    Wook Hwang

Attorneys for Plaintiff
DB VENTURES LIMITED

Dated: June 21, 2024         KING & SPALDING LLP

By: /s/ Randy Mastro
    Randy Mastro
    David K. Willingham
    Samuel C. Cortina

Attorneys For Defendant
F45 TRAINING HOLDINGS INC.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5-4.2.4(a)(2)(ii)

The undersigned certifies that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 21, 2024         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Wook Hwang
    Wook Hwang

Attorneys for Plaintiff
DB VENTURES LIMITED